IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>SUPERIOR HEATING & COOLING, LLC, a Nebraska limited liability company, and DERRONE L. GREENE,<br><br>              Defendants. | 8:19CV07<br><br>**ORDER TO SHOW CAUSE** |

      Plaintiff filed this action on January 7, 2019, against Superior Heating and Cooling, LLC, Jennifer Greene, and Derrone Greene. ([Filing No. 1](#)). Clerk's entry of default was entered against Superior Heating on July 15, 2019, ([Filing No. 22](#)), Plaintiff moved to voluntarily dismiss Jennifer Greene as a defendant on October 25, 2019, ([Filing No. 35](#)), and on November 12, 2019, United States District Court Judge Brian C. Buescher granted Derrone Greene's suggestion of bankruptcy and stayed the case as to Derrone Greene only, ([Filing No. 39](#)). Judge Buescher's November 12, 2019, Order specified that "the action against defendant Superior Heating & Cooling, LLC remains active and is not stayed." ([Filing No. 39](#)). Since that date, Plaintiff has taken no further action in this case. Pursuant to NECivR 41.2, "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Under the circumstances,

      **IT IS ORDERED** that Plaintiff is given until **January 30, 2020**, to show cause why this case should not be dismissed as to defendant Superior Heating and Cooling, LLC for failure to prosecute, in the absence of which Plaintiff's claims against defendant Superior Heating and Cooling, LLC may be dismissed without further notice.

      Dated this 16th day of January, 2020.

                                                BY THE COURT:

                                                s/ Michael D. Nelson
                                                United States Magistrate Judge