IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SUPERIOR HEATING & COOLING, LLC, a Nebraska limited liability company, et al.,<br><br>Defendant. | 8:19-CV-7<br><br>DEFAULT JUDGMENT |

In accordance with the accompanying Memorandum and Order:

IT IS ORDERED:

1. The Motion for Default Judgment, [Filing 41](), by Plaintiff, American Contractors Indemnity Company, is granted;

2. Default Judgment is entered in favor of Plaintiff, American Contractors Indemnity Company, against Defendant Superior Heating & Cooling, LLC, in the amount of $168,458.74.

Dated this 13th day of March, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge