IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>             Plaintiff,<br><br>  vs.<br><br>SUPERIOR HEATING & COOLING, LLC, a Nebraska limited liability company, DERRONE L. GREENE, an individual, and JENNIFER GREENE, an individual,<br><br>             Defendants. | 8:19-CV-7<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on Plaintiff's Motion to Dismiss Derrone L. Greene, Filing 52. Plaintiff previously obtained a default judgment against defendant Superior Heating & Cooling, LLC. Filing 45. Defendant Jennifer Greene was previously dismissed from the case on Plaintiff's motion. Filing 39. This case was stayed as to defendant Derrone Greene, pursuant to 11 U.S.C. § 362(a)(1). Filing 39. Plaintiff now reports that an Order of Discharge was entered in favor of Derrone Greene and moves to dismiss him from this case. Filing 52. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Dismiss Derrone L. Greene, Filing 52, is granted;

2. This case is terminated;

3. A separate judgment will be entered.

Dated this 7th day of January, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge